UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

                Petitioner,

     v.

KARIN ARNOLD,

                Respondent.

Case No. C26-1043-RAJ-MLP

ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Petitioner filed a proposed habeas petition on March 25, 2026 (dkt. # 1-1), along with an application to proceed *in forma pauperis* ("IFP"). (Dkt. # 1.) After careful consideration of the application, the Court finds that Petitioner financially qualifies for IFP status and ORDERS:

(1)     Petitioner's application to proceed IFP (dkt. # 1) is GRANTED.

(2)     The Clerk of Court is directed to send a copy of this order to Petitioner and to the Honorable Richard A. Jones.

Dated this 27th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
APPLICATION TO PROCEED IN FORMA
PAUPERIS - 1