UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

                Petitioner,

    v.

KARIN ARNOLD,

                Respondent.

Case No. C26-1043-RAJ-MLP

ORDER FOR EXTENSION OF TIME
TO FILE ANSWER

This matter is before the Court on Respondent's Motion for Extension of Time to File an Answer and Supporting Declaration.[1] (Dkt. # 10 at 1.) Having considered the motion and supporting declaration (*id.* at 2-3), and finding good cause, the Court GRANTS Respondent's Motion (*id.* at 1) and ORDERS that Respondent shall file its response to Plaintiff's habeas petition no later than **May 6, 2026**.

The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

//

---

[1] Respondent's Motion was filed on the day the answer was due. (*See* dkt. ## 6, 10). Counsel is reminded that the Court's Local Civil Rules require that motions for relief from a deadline  "be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," absent a true, unforeseen emergency. W.D. Wash. LCR 7(j).

ORDER FOR EXTENSION OF TIME TO FILE
ANSWER - 1

Dated this 17th day of April, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE
ANSWER - 2