UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

                Petitioner,

        v.

KARIN ARNOLD,

                Respondent.

Case No. C26-1043-RAJ-MLP

ORDER FOR EXTENSION OF TIME
TO FILE ANSWER

This matter is before the Court on Respondent's Motion for Extension of Time to File an Answer and Supporting Declaration. (Dkt. # 12 at 1.) Having considered the motion and supporting declaration (*id.* at 2-4), and finding good cause, the Court GRANTS Respondent's Motion (*id.* at 1) and ORDERS that Respondent shall file its response to Plaintiff's habeas petition no later than **May 26, 2026**.

The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 7th day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE
ANSWER - 1