UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARAMJIT SINGH BASRA,

Petitioner,

v.

KARIN ARNOLD,

Respondent.

Case No. C26-1043-RAJ-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 28th day of August, 2026.

The Honorable Richard A. Jones
United States District Judge